Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

January 5, 2017

Clerk
U.S. District Court
Federal Building
501 Broadway Street, Room 127
Paducah, KY 42001-6856

Re: TRANSMISSION OF RULE 5 DOCUMENTS
    USA v. Jasmin N. Stewart
    Western District of Kentucky Case No. 5:16-mj-6-LLK
    Middle District of Tennessee Case No. 3:17-mj-3001

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

*Joyce A. Brooks*

Joyce A. Brooks
Criminal Docketing Clerk

Enclosures

cc:  U. S. Marshal Service
     U. S. Probation Office